Gary E. Shoffner, Esq. (Bar No. 73663)
ges@shoffnerlawfirm.com
414 West Fourth Street, Second Floor
Santa Ana, CA 92701
Tel: (714) 550-5010 Fax (714) 716-8204
Atty for Defendant/Counter-Claimant
Stotsenberg Foundation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMAN SENEVIRATNE<br><br>Plaintiff(s)<br>v.<br>STOTSENBERG FOUNDATION, SHOREWOOD REALTORS, STEVEN HEAVRIN, PALM WEST ESCROW, INC., AND DOES 1 through 50, Inclusive<br>Defendant(s) | CASE NUMBER:<br>CV-13-07744 MMM (PJWx)<br><br>WRIT OF EXECUTION |

TO: THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On June 11, 2014 a judgment was entered in the above-entitled action in favor of:

STOTSENBERG FOUNDATION

as Judgment Creditor and against:

SAMAN SENEVIRATNE

as Judgment Debtor, for:

$ 158,054.80 Principal,
$ 0.00 Attorney Fees,
$ 0.00 Interest **, and
$ 0.00 Costs, making a total amount of
$ 158,054.80 JUDGMENT AS ENTERED

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

---

WRIT OF EXECUTION

CV-23 (6/01) PAGE 1 OF 3

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment in the Central            District of California            , to wit:

$ _____11.26_____ accrued interest, and
$ _____0.00_____ accrued costs, making a total of
$ ___158,066.06__ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00            which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ ___158,066.06__ **ACTUALLY DUE** on the date of the issuance of this writ of which
$ ___158,054.80__ Is due on the judgment as entered and bears interest at .1            percent per annum, in the amount of $ 0.43            per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: 7-9-14

By: **LORI WAGERS**
Deputy Clerk

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Saman Seneviratne
1941 Midvale Ave
Los Angeles, CA 90025

Saman Seneviratne
2700 Neilson Way Apt 1335
Santa Monica, CA 90405-4020

Saman Seneviratne
C/O Global Private Funding
9595 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2509
USA

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.