1  Gary E. Shoffner, Esq. (Bar No. 73663)
   ges@shoffnerlawfirm.com
2  414 West Fourth Street, Second Floor
   Santa Ana, California 92701
3  Telephone: (714) 550-5010
   Facsimile : (714) 716-8204
4

5  Terrence Mazura, Esq. (Bar No. 101075)
   tmazura@euslaw.com
6  Mazura Law Firm
   414 West Fourth Street, Second Floor
7  Santa Ana, California 92701
   Telephone: (714) 550-5011
8

9  Attorneys for Stotsenberg Foundation

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12

13 | SAMAN SENEVIRATNE,              ) CASE NO: CV13-7744 MMM (PJWx)
14 |                                 )
15 |             Plaintiff,           )
16 |   v.                            ) SATISFACTION OF JUDGMENT
17 | STOTSENBERG FOUNDATION, a       )
   | California Non-Profit Corporation, et
18 | al.,                            )
19 |                                 )
20 |                                 )
21 |             Defendants.         )
22 |                                 )
23

24     Judgment was entered June 11, 2014, in favor of Stotsenberg Foundation
25 and against Saman Seneviratne in the above-entitled action, in the sum of
26 $12,835.00 for attorneys' fees and Stotsenberg Foundation acknowledges
27 payment of said $12,835.00 judgment, together with interest, in full and desires to
28

Page 1

Stotsenberg Foundation's Satisfaction of Judgment

release this judgment and hereby fully and completely satisfy the same.

SHOFFNER LAW FIRM

Date: January 19, 2015     By: /s/ Gary E. Shoffner
GARY E. SHOFFNER
Attorney for Stotsenberg Foundation

Case No. 13-cv-7744 MMM (PJWx)
Seneviratne v. Stotsenberg Foundation

## CERTIFICATE AND PROOF OF SERVICE

I, the undersigned, certify and declare as follows:

I am employed in the County of Orange, State of California, am over the age of 18 years and not a party to the within action. My business address is 414 West Fourth Street, Suite A, Santa Ana, CA 92701.

On January 28, 2015, I served the [ ] original [X] a true and correct copy of the following document(s) described as "**SATISFACTION OF JUDGMENT**" on each person listed on the Service List below:

[x] (BY MAIL) I enclosed the document(s) in a sealed envelope(s) addressed to each person as set forth on the Service List below, and

> [X] I deposited the sealed envelope(s) with the United States Postal Service at Santa Ana, California with postage fully prepaid.
>
> [ ] I placed each envelope for collection and mailing from my business address. I am readily familiar with my business' practice for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business mail is deposited with the postage thereon fully prepaid in the United States Postal Service at Santa Ana, CA the same day as it is placed for collection. I am aware that upon motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

[ ] (BY FAX) I transmitted the document(s) by facsimile transmission from 714-716-8414 to the person(s) and number(s) listed on the Service List below, and each transmission was reported as complete without error as set forth on the transmission report generated by the facsimile equipment used for the transmission.

[ ] (BY PERSONAL SERVICE) I delivered the document(s) by hand to the offices of each addressee listed on the Service List below.

[ ] (BY OVERNIGHT DELIVERY) I enclosed the document(s) in a sealed envelope(s) addressed to each person as set forth on the Service List below, and deposited the sealed envelope(s) in a box or other facility regularly maintained by Federal Express at Santa Ana, California with delivery fees fully prepaid.

[ ] (BY ELECTRONIC TRANSMISSION) The document was transmitted by electronic transmission at ***** pm on the date above from tmazura@euslaw.com to each of the persons at their respective email addresses set forth on the Service List below.

[ ] (BY CM/ECF) By electronic service via the court's CM/ECF system to each of the persons listed on the Service List below at their respective Email Address of Record as indicated on the docket:

> I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 28, 2015 at Santa Ana, California.

Deborah Wilson  /s/

**SERVICE LIST** [ ] Attached

John C. Jay, Esquire          Saman Seneviratne
P.O. Box 338                  2700 Neilson Way, Apt. 1335
Topanga, CA  90290            Santa Monica, CA  90405