Gary E. Shoffner, Esq. (Bar No. 73663)
ges@shoffnerlawfirm.com
414 West Fourth Street, Second Floor
Santa Ana, California 92701
Telephone: (714) 550-5010 Facsimile:
(714) 716-8204
Atty for Defendant/Counter-Claimant
Stotsenberg Foundation

FILED
2016 MAY 26 AM 10: 46
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SAMAN SENEVIRATNE | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV-13-07744 MMM (PJWx) |
| v. | |
| STOTSENBERG FOUNDATION, SHOREWOOD REALTORS, STEVEN HEAVRIN, PALM WEST ESCROW, INC., AND DOES 1 through 50, Inclusive | WRIT OF EXECUTION |
| Defendant(s) | |

TO: THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On June 25, 2014 a judgment was entered in the above-entitled action in favor of:

STOTSENBERG FOUNDATION

as Judgment Creditor and against:

SAMAN SENEVIRATNE

as Judgment Debtor, for:

$ 60,000.00 Principal,
$ 0.00 Attorney Fees,
$ 0.00 Interest **, and
$ 0.00 Costs, making a total amount of
$ 60,000.00 JUDGMENT AS ENTERED

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WRIT OF EXECUTION

CV-23 (6/01)    PAGE 1 OF 3

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment in the Central District of California.
to wit:

$ _____ 20.43 _____ accrued interest, and
$ _____ 0.00 _____ accrued costs, making a total of
$ _____ 20.43 _____ ACCRUED COSTS AND ACCRUED INTEREST

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____ 60,020.43 _____ ACTUALLY DUE on the date of the issuance of this writ of which
$ _____ 60,000.00 _____ Is due on the judgment as entered and bears interest at .11 percent per annum, in the amount of $ 0.18 _____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: October 30, 2014      By: _____
                                  Deputy Clerk

"SERVED COPY OF WRIT TOGETHER WITH A NOTICE
THAT SAID PROPERTY WAS ATTACHED AND DEMANDED
A REPLY, TO WHICH I RECEIVED:
$ 2,774.23 , AND AFTER DEDUCTING COSTS OF
$ 65.00 , $ 2,709.23 IS APPLIED
AGAINST JUDGEMENT "
(  ) NOTHING.  THIS PORTION RETURNED WHOLLY
       UNSATISFIED

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

```
Saman Seneviratne                    Saman Seneviratne
1941 Midvale Ave                     2700 Neilson Way Apt 1335
Los Angeles, CA 90025                Santa Monica, CA 90405-4020


Saman Seneviratne
C/O Global Private Funding
9595 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212-2509
USA
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.